THIS ORDER IS APPROVED.

Dated: December 9, 2022

Scott H. Gan, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JERRY ALLEN CLARK, JR. and<br>PATTI ROBINSON CLARK,<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:19-bk-13992-SHG<br><br>**ORDER GRANTING MOTION TO SET ASIDE ORDER ON TRUSTEE'S OBJECTION TO CLAIM NO: 003** |

The Court having considered the Trustee's *Motion to Set Aside Order on Trustee's Objection to Claim No: 003 (DN 66) and Notice of Withdrawal of Objection Thereto* (DN 70), filed by Edward J. Maney, Chapter 13 Trustee, and for good cause appearing,

**IT IS HEREBY ORDERED** that the *Order on Trustee's Objection to Claim No: 003*, entered at Docket No. 66, is hereby set aside.

SIGNED AND DATED ABOVE

-1-