Benjamin Wright
Chapter Bankruptcy PLLC
2999 N. 44th Street, Ste 250
Phoenix, AZ  85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| JERRY ALLEN CLARK, JR., | Case No. 2:19-bk-13992-SHG |
| PATTI ROBINSON CLARK, | |
| Debtor(s). | OBJECTION TO MOTION TO DISMISS CASE FILED BY TRUSTEE |

Debtor, Jerry Allen Clark, Jr. and Patti Robinson Clark, by and through undersigned counsel, hereby objects to the Motion to Dismiss Case filed by Edward J. Maney, Chapter 13 Trustee, hereinafter Trustee, and states as follows:

1. Trustee filed a Motion to Dismiss this case on June 26, 2023;

2. The basis for the dismissal request is failure to submit 2022 tax return and refund;

3. Debtors have provided 2022 tax return to the trustee;

4. Debtors will turnover net tax refund within 60 days;

Therefore, Debtor requests this Court:

A. Deny the Motion to Dismiss filed by Trustee; and

B. Granting such other relief as the Court deems appropriate.

July 26, 2023                    /s/ Benjamin Wright
                                 Benjamin Wright, Attorney for Debtor

1

Case 2:19-bk-13992-SHG   Doc 78   Filed 07/26/23   Entered 07/26/23 12:55:28   Desc
Main Document    Page 1 of 2

Original filed and copies of the Foregoing mailed on this the 26th day of July, 2023, to:

U.S. Trustee
Office of the U.S. Trustee
230 N First Ave, Suite 204
Phoenix, AZ 85003

Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, AZ 85003

Ally Capital,
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Arizona Department of Revenue
2005 N Central Ave, Suite 100
Phoenix, AZ 85004

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ Leslie Carmona